# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **BRANDON PUGH KUSH BEY,** | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION NO. 16-0113-CG-C |
| **OFFICER ANDREW FLOWERS,** | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated October 24, 2016, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 18th day of November, 2016.

/s/  Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE